MARGARET LLOYD, as Administratrix, etc., of CHARLES LLOYD, Deceased, v. R. S. M. CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellants procure appellants' points to be filed on or

before November 23, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

